THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

GERSON AYALA ROMERO,          *
                              *
    Petitioner,               *
                              *
    v.                        *   CV 116-170
                              *
BENJAMIN FORD, Warden,        *
                              *
    Respondent.               *

---

O R D E R

---

On October 26, 2016, the United States Magistrate Judge issued a Report and Recommendation wherein he recommended the dismissal of Petitioner's motion brought pursuant to 28 U.S.C. § 2254. This Court adopted the Report and Recommendation as its own opinion on November 16, 2016. At the conclusion of the Adoption Order, the Court denied the issuance of a Certificate of Appealability and ruled that Petitioner should not be entitled to proceed in forma pauperis on appeal. (See Doc. 10.)

On December 1, 2016, Petitioner filed a motion for a Certificate of Appealability, and on December 28, 2016, he filed a motion to proceed in forma pauperis on appeal. Because the Court has already ruled on both matters, the motions (doc. 13 & 15) are **DENIED AS MOOT.**

**ORDER ENTERED** at Augusta, Georgia, this __1st__ day of March, 2017.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA